LAUREL I. HANDLEY (NV Bar # 9576)
KRISTA J. NIELSON (NV Bar # 10698)
**ALDRIDGE PITE, LLP**
520 South 4th Street, Suite 360
Las Vegas, Nevada 89101
Telephone: (858) 750-7600
Facsimile: (702) 685-6342
E-mail: knielson@aldridgepite.com

Attorneys for Defendant FEDERAL NATIONAL MORTGAGE ASSOCIATION

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SATICOY BAY LLC SERIES 11235 PENROSE FALLS STREET,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION and MTC FINANCIAL INC. d/b/a TRUSTEE CORPS,<br><br>Defendant(s). | Case No. 2:15-cv-01242-APG-CWH<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION TO FILE RESPONSE TO COMPLAINT**<br><br>(First Request) |

Defendant, FEDERAL NATIONAL MORTGAGE ASSOCIATION ("Fannie Mae"), and Plaintiff, SATICOY BAY LLC SERIES 11235 PENROSE FALLS STREET ("Plaintiff"), by and through their undersigned and respective counsel, stipulate and agree as follows:

**IT IS HEREBY STIPULATED AND AGREED** that Fannie Mae shall have up to and including July 17, 2015, to file a response to Complaint. The current deadline for Fannie Mae to respond to the Complaint is July 10, 2015.

/././

/././

/././

/././

- 1 -
STIPULATION AND ORDER FOR EXTENSION OF TIME

This Stipulation for Extension of Time is not entered into for the purpose of delay, and is made in good faith between the parties hereto.

DATED this 9th day of July, 2015.                     DATED this 9th day of July, 2015.

ALDRIDGE PITE, LLP                                            LAW OFFICES OF MICHAEL F. BOHN, LTD.

_____                    ___/s/ Michael F. Bohn_____
KRISTA J. NIELSON                                                 MICHAEL F. BOHN
Attorneys for Defendant Federal National            Attorneys for Plaintiff
Mortgage Association

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated:  July 10, 2015

Respectfully submitted by:

ALDRIDGE PITE, LLP

_____
KRISTA J. NIELSON
Attorneys for Defendant FEDERAL NATIONAL MORTGAGE ASSOCIATION

- 2 -
STIPULATION AND ORDER FOR EXTENSION OF TIME