MICHAEL F. BOHN, ESQ.
Nevada Bar No.: 1641
mbohn@bohnlawfirm.com
LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.
376 East Warm Springs Road, Ste. 140
Las Vegas, Nevada  89119
(702) 642-3113/ (702) 642-9766 FAX

Attorney for plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SATICOY BAY LLC SERIES 11235 PENROSE FALLS STREET<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION and MTC FINANCIAL INC. d/b/a TRUSTEE CORPS<br><br>Defendants | CASE NO.: 2:15-CV-01242 |

**STIPULATION AND ORDER TO**
**1. WITHDRAW MOTION FOR PRELIMINARY INJUNCTION; and**
**2. TO POSTPONE FORECLOSURE DATE**

1. The plaintiffs application for preliminary injunction shall be withdrawn by the plaintiff; and

/ / /

/ / /

/ / /

/ / /

1

2. Defendant Federal National Mortgage Association shall postpone the foreclosure sale for the property commonly known as 11235 Penrose Falls Street, Las Vegas, Nevada for a period of not less than 90 days from the date of the entry of this order.

DATED this 9th day of July, 2015.

LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.


By: /s/ /Michael F. Bohn, Esq./
    Michael F. Bohn, Esq.
    376 East Warm Springs Road, Suite 140
    Las Vegas, Nevada 89119
    Attorney for Plaintiff

DATED this 9th day of July, 2015.

ALDRIDGE PITE, LLP


By: /s/ /Krista J. Nielson, Esq./
    Krista J. Nielson, Esq.
    520 S. 4th Street, Suite 360
    Las Vegas, NV 89101
    Attorney for Federal National Mortgage Association

IT IS SO ORDERED this 10th day of July, 2015.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.


By: /s/ /Michael F. Bohn, Esq./
    MICHAEL F. BOHN, ESQ.
    376 East Warm Springs Road, Ste. 140
    Las Vegas, Nevada 89119
    Attorney for plaintiff