LAUREL I. HANDLEY (NV Bar # 9576)
KRISTA J. NIELSON (NV Bar # 10698)
**ALDRIDGE PITE, LLP**
520 South 4th Street, Suite 360
Las Vegas, Nevada 89101
Telephone: (858) 750-7600
Facsimile: (702) 685-6342
E-mail: knielson@aldridgepite.com

Attorneys for Defendant FEDERAL NATIONAL MORTGAGE ASSOCIATION

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SATICOY BAY LLC SERIES 11235 PENROSE FALLS STREET,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION and MTC FINANCIAL INC. d/b/a TRUSTEE CORPS,<br><br>Defendant(s). | Case No. 2:15-cv-01242-APG-CWH<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION TO FILE RESPONSE TO COMPLAINT**<br><br>(Second Request) |

Defendant, FEDERAL NATIONAL MORTGAGE ASSOCIATION ("Fannie Mae"), and Plaintiff, SATICOY BAY LLC SERIES 11235 PENROSE FALLS STREET ("Plaintiff"), by and through their undersigned and respective counsel, stipulate and agree as follows:

**IT IS HEREBY STIPULATED AND AGREED** that Fannie Mae shall have up to and including July 24, 2015, to file a response to Complaint. The current deadline for Fannie Mae to respond to the Complaint is July 17, 2015.

/././

/././

/././

/././

- 1 -
STIPULATION AND ORDER FOR EXTENSION OF TIME

1  This Stipulation for Extension of Time is not entered into for the purpose of delay, and is
2  made in good faith between the parties hereto.

3  DATED this 16th day of July, 2015.         DATED this 16th day of July, 2015.

4  ALDRIDGE PITE, LLP                          LAW OFFICES OF MICHAEL F. BOHN, LTD.

5
6  _____              /s/ Michael F. Bohn
   KRISTA J. NIELSON                         MICHAEL F. BOHN
7  Attorneys for Defendant Federal National  Attorneys for Plaintiff
   Mortgage Association
8

9                              **ORDER**

10      **IT IS SO ORDERED.**

11                                          _____
12                                          UNITED STATES MAGISTRATE JUDGE
                                            DATED: July 17, 2015
13
   Respectfully submitted by:
14
   ALDRIDGE PITE, LLP
15
16 _____
   KRISTA J. NIELSON
17 Attorneys for Defendant FEDERAL
   NATIONAL MORTGAGE
18 ASSOCIATION

19
20
21
22
23
24
25
26
27
28