Richard J. Reynolds (SBN 11864)
E-mail: rreynolds@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1851 East First Street, Suite 1550
Santa Ana, CA 92705-4067
Tel: 949.863.3363   Fax: 949.863.3350

Attorneys for Defendant
MTC FINANCIAL INC. dba TRUSTEE CORPS

UNITED STATE DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SATICOY BAY LLC SERIES 11235 PENROSE FALLS STREET,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION and MTC FINANCIAL INC. d/b/a TRUSTEE CORPS,<br><br>Defendants. | Case No.: 2:15-cv-01242-APG-CWH<br><br>**STIPULATION AND ORDER FOR NON-MONETARY RELIEF** |

Plaintiff SATICOY BAY LLC SERIES 11235 PENROSE FALLS STREET and Defendant MTC FINANCIAL INC. dba TRUSTEE CORPS ("TRUSTEE CORPS" or "Defendant"), by and through their respective counsel of record, hereby stipulate as follows:

1. Plaintiff acknowledges and stipulates that TRUSTEE CORPS has been named as a defendant in this litigation, solely in its capacity as foreclosing trustee and that it has not been named as a defendant due to any acts or omissions on its part in the performance of its duties as foreclosing trustee.

2. TRUSTEE CORPS agrees to be bound by whatever final order or final judgment is issued by the Court relating to the Deed of Trust recorded in Clark County on November 9, 2007, as Document No. 20071109-0002758 ("Deed of Trust") (unless said order or judgment is

successfully appealed by another party hereto), and shall not be subject to any monetary awards for damages, attorney's fees and costs.

3. TRUSTEE CORPS will not be required to participate further in this action, will not be required to respond to any of the pleadings in this action, and will not be required to appear at any hearings or the trial of this action.

4. The filing of this Stipulation is not intended to and shall not prejudice the rights of any trustor, beneficiary, or assignee under the Deed of Trust, and shall not constitute a waiver of any other person or entity's rights or obligations under the Deed of Trust.

5. To the extent all other parties are dismissed from this case, Plaintiff agrees to voluntarily dismiss TRUSTEE CORPS from this action.

6. The Stipulation shall inure the benefits of the parties and their successors and/or assigns.

7. The parties to this Stipulation agree and request that the Court issue an Order consistent with the terms of the Stipulation.

DATED this ___ day of July, 2015.

MICHAEL F. BOHN, ESQ., LTD.
376 East Warm Springs Road, Suite 140
Las Vegas, Nevada 89119

By: _____
Michael F. Bohn, Esq.
Attorneys for Plaintiff
SATICOY BAY LLC SERIES 11235
PENROSE FALLS STREET

DATED this ___ day of July, 2015.

BURKE, WILLIAMS & SORENSEN, LLP
1851 East First Street, Suite 1550
Santa Ana, CA 92705-4067

By: _____
Richard J. Reynolds, Esq.
Attorneys for Defendant
MTC FINANCIAL, INC.
dba TRUSTEE CORPS

/ / /
/ / /
/ / /
/ / /

## ORDER

Pursuant to the above stipulation of the parties, It is ORDERED that:

1. MTC FINANCIAL INC. dba TRUSTEE CORPS shall be bound by whatever final order or final judgment is issued by the Court relating to the Deed of Trust (unless said order or judgment is successfully appealed by another party hereto), and shall not be subject to any monetary awards for damages, attorney's fees or costs;

2. MTC FINANCIAL INC. dba TRUSTEE CORPS will not be required to participate further in this action will not be required to respond to any of the pleadings in this action, and will not be required to appear at any hearings or the trial of this action.

IT IS SO ORDERED this 20th day of July, 2015.

_____
U.S. DISTRICT COURT JUDGE

Respectfully submitted by,

BURKE, WILLIAMS & SORENSEN, LLP
1851 East First Street, Suite 1550
Santa Ana, CA  92705-4067

By: _____
Richard J. Reynolds, Esq.
Attorneys for Defendant
MTC FINANCIAL INC.
dba TRUSTEE CORPS