MICHAEL F. BOHN, ESQ.
Nevada Bar No.: 1641
mbohn@bohnlawfirm.com
LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.
376 East Warm Springs Road, Ste. 140
Las Vegas, Nevada 89119
(702) 642-3113/ (702) 642-9766 FAX

Attorney for plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SATICOY BAY LLC SERIES 11235 PENROSE FALLS STREET<br><br>        Plaintiff,<br><br>vs.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION and MTC FINANCIAL INC. d/b/a TRUSTEE CORPS<br><br>        Defendants | CASE NO.: 2:15-CV-01242 |

**STIPULATION AND ORDER FOR RETURN OF SECURITY**

IT IS HEREBY STIPULATED AND AGREED by and between the plaintiff, Saticoy Bay LLC Series 11235 Penrose Falls Street and defendant Federal National Mortgage Association, by and through it's attorney Laurel I. Handley, that the security for the restraining order issued in this case, in the sum

/ / /

/ / /

/ / /

1

of $1,000.00, posted with the Clerk of the Eighth Judicial District Court on June 19, 2015 shall be returned to the Law Offices of Michael F. Bohn, Esq., Ltd. Trust Account.

DATED this 12th day of August, 2015.

LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.

By: /s/ /Michael F. Bohn, Esq./
Michael F. Bohn, Esq.
376 East Warm Springs Road, Suite 140
Las Vegas, Nevada 89119
Attorney for Plaintiff

DATED this 12th day of August, 2015.

ALDRIDGE PITE, LLP

By: /s/ /Laurel I. Handley, Esq./
Laurel I. Handley, Esq.
520 S. 4th Street, Suite 360
Las Vegas, NV 89101
Attorney for Federal National Mortgage Association

IT IS SO ORDERED this 12th day of August, 2015.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.

By: /s/ /Michael F. Bohn, Esq./
MICHAEL F. BOHN, ESQ.
376 East Warm Springs Road, Ste. 140
Las Vegas, Nevada 89119
Attorney for plaintiff